**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

**CIVIL ACTION NO. 20-112-DLB**

**MICHEL QUIROZ**                                                                                          **PLAINTIFF**

**v.**                                                         **JUDGMENT**

**BUREAU OF PRISON STAFF, et al.**                                         **DEFENDANTS**

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1)   Plaintiff Michel Quiroz's Complaint (Doc. # 1) is **DISMISSED WITHOUT PREJUDICE**; and

(2)   This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 12th day of August, 2020.



Signed By:
David L. Bunning
United States District Judge

J:\DATA\ORDERS\PSO Orders\20-112 Judgment .docx